# U.S. District Court
# District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:09–cv–00693–JAP

Downing v. Globe Direct LLC  
Assigned to: Judge Joel A. Pisano  
Cause: 28:1331 Fed. Question  

Date Filed: 09/18/2009  
Date Terminated: 07/02/2010  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Matthew K. Downing**  
*On His Behalf and On Behalf of All Others Similarly Situated*

represented by **Norman M. Monhait**  
Rosenthal, Monhait &Goddess, P.A.  
Mellon Bank Center, Suite 1401  
P.O. Box 1070  
919 Market Street  
Wilmington, DE 19899–1070  
(302) 656–4433  
Email: nmonhait@rmgglaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Edward F. Haber**  
Email: ehaber@shulaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Ian J. McLoughlin**  
Email: imcloughlin@shulaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Todd S. Heyman**  
Email: theyman@shulaw.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Globe Direct LLC**

represented by **Chad Michael Shandler**  
Richards, Layton &Finger, PA  
One Rodney Square  
920 N. King Street  
Wilmington, DE 19801  
(302) 658–6541  
Email: shandler@rlf.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joel A. Mintzer**

Email: jamintzer@rkmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Norman M. Monhait**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen M. Ferguson**
Richards, Layton &Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302–651–7665
Email: ferguson@rlf.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2009 | Ï 1 | COMPLAINT filed with Jury Demand against Globe Direct LLC – ( Filing fee $ 350, receipt number 0311000000000633465.) – filed by Matthew K. Downing. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(els) (Entered: 09/18/2009) |
| 09/18/2009 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction (els) (Entered: 09/18/2009) |
| 09/18/2009 | Ï | No Summons Issued (els) (Entered: 09/18/2009) |
| 09/23/2009 | Ï | Case assigned to Judge Joel A. Pisano of the District of New Jersey (in lieu of Vacant Judgeship). Please include the initials of the Judge (JAP) after the case number on all documents filed. (Courtesy copies of filings should be sent to the chambers of the assigned Judge). (rjb) (Entered: 09/23/2009) |
| 12/16/2009 | Ï 3 | SUMMONS Returned Executed by Matthew K. Downing. Globe Direct LLC served on 12/16/2009, answer due 1/6/2010. (Monhait, Norman) (Entered: 12/16/2009) |
| 01/22/2010 | Ï 4 | NOTICE of Appearance by Chad Michael Shandler, Stephen M. Ferguson, and the law firm of Richards, Layton &Finger, P.A. on behalf of Globe Direct LLC (Shandler, Chad) Modified on 1/22/2010 (fms). (Entered: 01/22/2010) |
| 01/22/2010 | Ï 5 | STIPULATION TO EXTEND TIME for Defendant GlobeDirect, LLC to move against, answer or otherwise respond to Complaint to February 2, 2010 – filed by Globe Direct LLC. (Shandler, Chad) (Entered: 01/22/2010) |
| 02/02/2010 | Ï 6 | ANSWER to 1 Complaint by Globe Direct LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, Part 1, # 3 Exhibit B, Part 2, # 4 Exhibit B, Part 3, # 5 Exhibit C)(Ferguson, Stephen) (Entered: 02/02/2010) |
| 02/02/2010 | Ï 7 | Disclosure Statement pursuant to Rule 7.1 filed by Globe Direct LLC identifying Corporate Parent The New York Times Company for Globe Direct LLC.. (Ferguson, Stephen) (Entered: 02/02/2010) |
| 02/08/2010 | Ï | SO ORDERED, re 5 STIPULATION TO EXTEND TIME for Defendant GlobeDirect, LLC to move against, answer or otherwise respond to Complaint |

| | | |
|---|---|---|
| | | to February 2, 2010 filed by Globe Direct LLC. Signed by Judge Joel A. Pisano on 2/3/10. (rwc) (Entered: 02/09/2010) |
| 02/25/2010 | Ï 8 | MOTION for Pro Hac Vice Appearance of Attorney Edward F. Haber, Esquire; Todd S. Heyman, Esquire; and Ian J. McLoughlin, Esquire Of Shapiro Haber &Urmy LLP – filed by Matthew K. Downing. (Monhait, Norman) (Entered: 02/25/2010) |
| 03/01/2010 | Ï 9 | MOTION to Transfer Case to District of Massachusetts – filed by Globe Direct LLC. (Attachments: # 1 Text of Proposed Order, # 2 Certificate Pursuant to Local Rule 7.1.1)(Shandler, Chad) (Entered: 03/01/2010) |
| 03/01/2010 | Ï 10 | OPENING BRIEF in Support re 9 MOTION to Transfer Case to District of Massachusetts filed by Globe Direct LLC.Answering Brief/Response due date per Local Rules is 3/18/2010. (Shandler, Chad) (Entered: 03/01/2010) |
| 03/01/2010 | Ï 11 | DECLARATION re 10 Opening Brief in Support *of David D. Dickerson* by Globe Direct LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, part 1, # 3 Exhibit 2, part 2, # 4 Exhibit 3, # 5 Exhibit 4)(Shandler, Chad) (Entered: 03/01/2010) |
| 03/01/2010 | Ï 12 | DECLARATION re 10 Opening Brief in Support *of Joel A. Mintzer* by Globe Direct LLC. (Attachments: # 1 Exhibit 5, # 2 Exhibit 6, # 3 Exhibit 7, # 4 Exhibit 8, # 5 Exhibit 9, # 6 Exhibit 10, # 7 Exhibit 11, # 8 Exhibit 12)(Shandler, Chad) (Entered: 03/01/2010) |
| 03/01/2010 | Ï 13 | DECLARATION re 10 Opening Brief in Support *Peter Prudden, Jr.* by Globe Direct LLC. (Shandler, Chad) (Entered: 03/01/2010) |
| 03/10/2010 | Ï 14 | STIPULATION Filing Of Plaintiff's Answering Brief To Defendant's Motion To Transfer Pursuant To 28 U.S.C. §1404 re 9 MOTION to Transfer Case to District of Massachusetts, 10 Opening Brief in Support, 11 Declaration, 13 Declaration by Matthew K. Downing. (Monhait, Norman) (Entered: 03/10/2010) |
| 03/12/2010 | Ï | SO ORDERED – re 14 Stipulation, filed by Matthew K. Downing, Set Briefing Schedule: re 9 MOTION to Transfer Case to District of Massachusetts. (Answering Brief due 4/5/2010.). Signed by Judge Joel A. Pisano on 3/11/10. (rwc) (Entered: 03/12/2010) |
| 04/05/2010 | Ï 15 | ANSWERING BRIEF in Opposition *to Defendant's 9 Motion to Transfer Pursuant to 28 U.S.C. § 1404* filed by Matthew K. Downing.Reply Brief due date per Local Rules is 4/15/2010. (Attachments: # 1 Certificate of Service)(Monhait, Norman) Modified on 4/6/2010 (rwc). (Entered: 04/05/2010) |
| 04/05/2010 | Ï 16 | DECLARATION re 15 Answering Brief in Opposition, *of Ian J. McLoughlin to Defendant's Motion to Transfer Pursuant to 28 U.S.C. § 1404* by Matthew K. Downing. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Certificate of Service)(Monhait, Norman) (Entered: 04/05/2010) |
| 04/07/2010 | Ï 17 | SCHEDULING ORDER: Rule 16/Initial Conference set for 5/17/2010 11:00 AM before Judge Joel A. Pisano in Trenton, New Jersey, Courtroom #1 – 3rd floor. Signed by Judge Joel A. Pisano on 4/7/2010. Counsel to confirm receipt of court notice by letter (E–FILE) not later than 4/9/2010.(dsnj) (rwc). (Entered: 04/07/2010) |

| | | |
|---|---|---|
| 04/07/2010 | Ï | CORRECTING ENTRY: Replaced pdf for DI# 17 with corrected copy. (rwc) (Entered: 04/07/2010) |
| 04/08/2010 | Ï 18 | Letter to The Honorable Joel A. Pisano from Norman M. Monhait, Esquire regarding Receipt Of Scheduling Order Entered On April 7, 2010 (as revised) – re CORRECTING ENTRY:, 17 Scheduling Order,. (Monhait, Norman) (Entered: 04/08/2010) |
| 04/08/2010 | Ï 19 | MOTION for Pro Hac Vice Appearance of Attorney Joel A. Mintzer – filed by Globe Direct LLC. (Attachments: # 1 Certification of Joel A. Mintzer)(Ferguson, Stephen) (Entered: 04/08/2010) |
| 04/09/2010 | Ï 20 | Letter to the Honorable Joel A. Pisano from Chad M. Shandler regarding Defendant Globe Direct's receipt of notice of the Scheduling Conference set for May 17, 2010 – re 17 Scheduling Order,. (Shandler, Chad) (Entered: 04/09/2010) |
| 04/15/2010 | Ï | SO ORDERED, re 19 MOTION for Pro Hac Vice Appearance of Attorney Joel A. Mintzer filed by Globe Direct LLC. Signed by Judge Joel A. Pisano on 4/14/10. (rwc) (Entered: 04/15/2010) |
| 04/15/2010 | Ï 21 | REPLY BRIEF re 9 MOTION to Transfer Case to District of Massachusetts *Reply Brief of GlobeDirect LLC in Support of Its Motion to Transfer Pursuant to 28 U.S.C. Section 1404* filed by Globe Direct LLC. (Ferguson, Stephen) Modified on 4/16/2010 (rbe). (Entered: 04/15/2010) |
| 04/15/2010 | Ï 22 | Second DECLARATION re 21 Reply Brief *Second Declaration of Joel A. Mintzer in support of Reply Brief of GlobeDirect LLC in Support of Its Motion to Transfer Pursuant to 28 U.S.C. Section 1404* by Globe Direct LLC. (Attachments: # 1 Exhibit 13, # 2 Exhibit 14, # 3 Exhibit 15)(Ferguson, Stephen) Modified on 4/16/2010 (rbe). (Entered: 04/15/2010) |
| 04/16/2010 | Ï | CORRECTING ENTRY: Per counsel's request to Help Desk, text entries for document type in DI 21 and 22 corrected to read REPLY BRIEF. (rbe) (Entered: 04/16/2010) |
| 04/22/2010 | Ï | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Edward F. Haber, Esquire; Todd S. Heyman, Esquire; and Ian J. McLoughlin, Esquire Of Shapiro Haber &Urmy LLP filed by Matthew K. Downing. Signed by Judge Joel A. Pisano on 4/22/10. (ntl) (Entered: 04/23/2010) |
| 05/03/2010 | Ï 23 | NOTICE OF SERVICE of Defendant GlobeDirect, LLC's Initial Disclosures by Globe Direct LLC.(Ferguson, Stephen) (Entered: 05/03/2010) |
| 05/04/2010 | Ï 24 | NOTICE OF SERVICE of Notice Of Service To Plaintiff Matthew K. Downing's Rule 26 Initial Disclosures by Matthew K. Downing.(Monhait, Norman) (Entered: 05/04/2010) |
| 05/04/2010 | Ï 25 | Joint MOTION to Continue *Status Conference Of May 17, 2010* – filed by Matthew K. Downing, Globe Direct LLC. (Attachments: # 1 Certificate Of Service)(Monhait, Norman) (Entered: 05/04/2010) |
| 05/11/2010 | Ï | SO ORDERED, re 25 Joint MOTION to Continue *Status Conference Of May 17, 2010. Signed by Judge Joel A. Pisano on 5/11/10. (rwc) (Entered: 05/11/2010)* |
| 06/07/2010 | Ï 26 | Copy of ORDER – issued by the MDL Panel dated 6/7/10 denying transfer of action to MDL No. 1828, Middle District of Florida. (rwc) (Entered: |

| | | |
|---|---|---|
| | | 06/07/2010) |
| 06/14/2010 | Ï 27 | Letter to The Honorable Joel A. Pisano from Norman M. Monhait, Esquire regarding Rescheduling Status Conference – re 25 Joint MOTION to Continue *Status Conference Of May 17, 2010*, 26 Order, SO ORDERED. (Monhait, Norman) (Entered: 06/14/2010) |
| 06/18/2010 | Ï 28 | OPINION – Signed by Judge Joel A. Pisano on 6/18/10. (rwc) (Entered: 06/18/2010) |
| 06/18/2010 | Ï 29 | ORDER – granting 9 Motion to Transfer Case to USDC/MASS. (THE CASE WILL NOT BE TRANSFERRED FOR 10 BUSINESS DAYS PURSUANT TO CLERK'S OFFICE PROCEDURES).. Signed by Judge Joel A. Pisano on 6/18/10. (rwc) (Entered: 06/18/2010) |
| 07/02/2010 | Ï | Case transferred to District of Massachusetts. Copy of transfer order, and docket sheet sent via electronically. (rwc) (Entered: 07/02/2010) |