UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MATTHEW K. DOWNING,

    Plaintiff,

v.    Civil Action No. 10-11138-JLT

GLOBE DIRECT LLC,

    Defendant.

ORDER

August 25, 2011

TAURO, J.

After a Motion Hearing held on April 28, 2011, and reviewing the Parties' submissions, this court hereby orders that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion for Judgment on the Pleadings [#34] is ALLOWED IN PART. Defendant's Motion is ALLOWED only as to its Rule 19 arguments.[1]

2. Plaintiff's Cross-Motion for Judgment on the Pleadings [#37] is DENIED IN PART. Specifically, Plaintiff's Cross-Motion is DENIED as to its arguments regarding Federal Rule of Civil Procedure 19.[2]

3. Because this court finds that Massachusetts is a necessary and indispensable party, this action is hereby DISMISSED.

---

[1] This court does not rule on the remainder of Defendant's Motion.

[2] This court does not rule on the remainder of Plaintiff's Cross-Motion.

4. This case is CLOSED.

IT IS SO ORDERED.

                                                         /s/ Joseph L. Tauro
                                                United States District Judge